ORAL ARGUMENT NOT YET SCHEDULED
# No. 22-5301

In The

# United States Court of Appeals for the District of Columbia Circuit

UNITED STATES OF AMERICA, et al.,

*Plaintiffs-Appellants*,

v.

UNITEDHEALTH GROUP INC., et al.,

*Defendants-Appellees*.

On Appeal from the
United States District Court for the District of Columbia,
No. 1:22-cv-00481 (Hon. Carl J. Nichols)

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal be voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1).

To the extent each party has incurred any costs associated with the above-captioned appeal, *see* 28 U.S.C. § 1920, each party shall bear its own costs.

Dated: March 20, 2023

                                                  Respectfully submitted,

/s/ Craig Primis  
CRAIG S. PRIMIS  
K. WINN ALLEN  
KIRKLAND & ELLIS LLP  
1301 Pennsylvania Ave., N.W.  
Washington, DC 20004  
(202) 879-5000  
cprimis@kirkland.com  

*Counsel for Appellees*

/s/ Andrew DeLaney  
DANIEL E. HAAR  
NICKOLAI G. LEVIN  
ANDREW N. DeLANEY  
  *Attorneys*  
U.S. Department of Justice  
Antitrust Division  
950 Pennsylvania Ave., N.W.  
Washington, DC 20530  
(202) 598-2846  
andrew.delaney@usdoj.gov  

/s/ Elizabeth Odette  
OFFICE OF THE MINNESOTA ATTORNEY GENERAL  
CONSUMER, WAGE AND ANTITRUST DIVISION  
445 Minnesota St., Suite 1400  
St. Paul, MN 55101  
(651) 296-3353  
elizabeth.odette@ag.state.mn.us  

/s/ Olga Kogan  
NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL  
28 Liberty St.  
New York, NY 10005  
(212) 816-8262  
olga.kogan@ag.ny.gov  

*Counsel for Appellants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2023, I filed the foregoing Stipulation of Voluntary Dismissal through the Court's CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

Dated: March 20, 2023              /s/ Andrew DeLaney
                                   Andrew N. DeLaney